| | | |
|---|---|---|
| People v Dixon | 2d Dept: 144 AD3d 701 (Nassau) | denied 5/8/17 (DiFiore, Ch. J.) |
| People v Doggett | 3d Dept: 146 AD3d 1172 (Albany) | denied 5/11/17 (Rivera, J.) |
| People v Dorsey | 3d Dept: 148 AD3d 1352 (Albany) | denied 5/11/17 (Rivera, J.) |
| People v Drake | App Div, 4th Dept: 2016 NY Slip Op 89799(U) (Erie) | denied reconsideration 5/15/17 (Wilson, J.) |
| People v Driscoll | 3d Dept: 131 AD3d 766 (Cortland) | denied reconsideration 5/11/17 (Rivera, J.) |
| People v Durham | 1st Dept: 145 AD3d 545 (NY) | denied 5/4/17 (Rivera, J.) |
| People v Dushaun | 1st Dept: 148 AD3d 465 (NY) | denied 5/26/17 (Wilson, J.) |
| People v Elliott | 4th Dept: 145 AD3d 1606 (Lewis) | denied 5/3/17 (Garcia, J.) |
| People v Ellis | 2d Dept: 146 AD3d 806 (Queens) | denied 5/11/17 (Rivera, J.) |
| People v Eyes | 3d Dept: 147 AD3d 1199 (Broome) | denied 5/22/17 (Fahey, J.) |
| People v Fairweather | 3d Dept: 147 AD3d 1153 (Ulster) | denied 5/8/17 (Garcia, J.) |
| People v Feliz-Lopez | 2d Dept: 147 AD3d 871 (Suffolk) | denied 5/4/17 (Stein, J.) |
| People v Filer | 2d Dept: 146 AD3d 806 (Queens) | denied 5/10/17 (Stein, J.) |
| People v Foli | 3d Dept: 145 AD3d 1322 (Chemung) | denied 5/15/17 (Wilson, J.) |
| People v Fort | 3d Dept: 146 AD3d 1017 (Broome) | denied 5/31/17 (DiFiore, Ch. J.) |
| People v Francis | App Div, 1st Dept: 2017 NY Slip Op 62959(U) (NY) | dismissed 5/23/17 (DiFiore, Ch. J.) |
| People v Friello | 4th Dept: 147 AD3d 1519 (Monroe) | denied 5/1/17 (Stein, J.) |
| People v Fuller | 4th Dept: 147 AD3d 1344 (Monroe) | denied 5/4/17 (Stein, J.) |
| People v Garcia (Martin) | 2d Dept: 148 AD3d 928 (Queens) | denied 5/8/17 (DiFiore, Ch. J.) |
| People v Garcia (Matthew) | 2d Dept: 148 AD3d 732 (Dutchess) | denied 5/2/17 (Stein, J.) |
| People v Garner (Antoine) | 4th Dept: 145 AD3d 1573 (Erie) | denied 5/9/17 (DiFiore, Ch. J.) |
| People v Garner (Kenyatta) | 2d Dept: 144 AD3d 940 (Westchester) | denied 5/26/17 (Rivera, J.) |
| People v Garrow | 3d Dept: 148 AD3d 1459 (Clinton) | denied 5/25/17 (Garcia, J.) |
| People v Gaye | App Term, 1st Dept: 54 Misc 3d 141(A) (NY) | denied 5/1/17 (Garcia, J.) |